IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Plaintiff
Henry B Berrocal
Humanity for Wisdom Community Center Health and Human Services
Elegant and Happy LLC
Cycle of Management
V.                                        Case No. SA25CA0453 JKP

Defendant

## Advisory to the court

Damages from defendents when they illegally broke my car garage door and let homeless, thieves and police officers inside my house.

Exhibit A: wrongfully charging 1LK. The wrong report is affecting my credit and business credit score

Exhibit B: Police Report and damages in the house

Exhibit C: circle of management 81K spent and for every $1 dollar $4 dollars are lose in Margin loan investment

Exhibit D: Humanity for wisdom manage the funds to restore and repair the damage property records of February and March Bank statements missing April Bank statement will be issue on April 30th 2025

Exhibit E house damages and Elegant and happy LLC Rental loses