Exhibit A



February 25, 2025

HENRY B BERROCAL
8402 TIMBER BELT
SAN ANTONIO, TX 78250-4476

**Transfer of Account Ownership**
90102474023670001
Balance: $11,558.65

Dear HENRY B BERROCAL

Please be advised that effective 1/30/2025 ownership of the above referenced account and the debt balance owing on said account has been transferred from Nissan Motor Acceptance Company LLC to Jefferson Capital Systems, LLC.

Beginning 1/30/2025, please direct all correspondence and payments for this account to Jefferson Capital Systems, LLC at:

| | |
|---|---|
| **Phone Number:** | 1-800-281-2793 |
| **Mailing Address:** | Jefferson Capital Systems, LLC.<br>200 14th Ave E<br>Sartell. MN 56377 |
| **Payment Address:** | Jefferson Capital Systems, LLC.<br>Dept #6419<br>PO BOX 11407<br>Birmingham, AL 35246-6419 |
| **Consumer Website:** | www.myjcap.com |



March 15, 2025

*Exhibit A*

JCS Reference Number: 4011936447

Dear Henry B Berrocal,

Jefferson Capital Systems, LLC (Jefferson Capital) is a debt collector and the owner and current creditor of your referenced account. We will use any information you give us to help collect the debt.

### Our Information Shows:

You had a NISSAN MOTOR account from NISSAN MOTOR ACCEPTANCE COMPANY LLC with account number 9010247402367001. Your JCS Reference Number is 4011936447.

| | |
|---|---:|
| As of June 24, 2024, you owed: | $13,896.18 |
| Between June 24, 2024 and today: | |
| You were charged this amount in interest: | $.00 |
| You were charged this amount in fees: | $.00 |
| You paid or were credited this amount toward the debt: | $2,337.53 |
| **Total amount of the debt now:** | **$11,558.65** |

### How can you dispute the debt?

- **Call or write to us by April 24, 2025, to dispute all or part of the debt.** If you do not, we will assume that our information is correct.
- **If you write to us by April 24, 2025, we must stop collection** on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents.

### What else can you do?

- **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by April 24, 2025, we must stop collection until we send you that information. You may use the form below or write to us without the form.
- Go to **www.cfpb.gov/debt-collection** to learn more about your rights under federal law. For instance, you have the right to stop or limit how we contact you.
- Contact us about your payment options.

### How to contact us:

- Visit our website at www.MyJCAP.com
- By Phone: 844-362-7361. (English and Espanol)
- Hours of Operations:
  Mon-Thurs 8 AM - 6 PM,
  Fri 8 AM - 4 PM Central Time

**Credit Bureau Reporting:** We may report information about your account to credit bureaus. Negative information such as a default may be reflected on your credit report.

PRIVACY NOTICE
Jefferson Capital Systems, LLC (also referenced herein as we and us) is providing this notice to you as required by Federal law. We may collect nonpublic personal information about you as permitted by law from:
- Your transactions with us;

Current Creditor: JEFFERSON CAPITAL SYSTEMS
Debt Description: NISSAN MOTOR
JCS Reference #: 4011936447
Account #: 901024474023670001
Amount of the Debt: $11,558.65



Exhibit A

April 1, 2025

## Payment Offers Available

Dear Henry B Berrocal:

Paying your outstanding balance can seem stressful. We have payment offers available to help you.

You can decide which plan works for you right now.

**Offer #1 - Single payment and the largest savings**
Resolve your account with a lump sum payment of $8,091.05 which represents an approximate 30% savings.

**Offer #2 - Payment plan with savings**
Resolve your account with 30 monthly payments of $288.96 which represents an approximate 25% savings.

**Offer #3 - Pay your account in full with monthly payments**
Resolve your account with 48 monthly payments of $240.80 which represents payment of full balance.

The deadline to accept these offers, expires on April 29, 2025. To accept one of these offers, your payment (or initial payment) must be received in our office by April 29, 2025. We are not obligated to renew these offers, however, if you would like additional time to respond to these options, please contact us.

If none of these options work for you, there is still room to customize as needed. Our staff is trained to assist you with a program that suits your needs.

Nothing contained within this letter changes, or in any way limits any of your legal rights, including your rights as set forth in our first letter to you about this account.

**How to contact us:**
- Visit our web site at www.MyJCAP.com
- By Phone: 844-362-7361 (English and Espanol)
- Hours of Operation: Mon-Thurs 8 AM - 6 PM, Fri 8 AM - 4 PM Central Time
- Send correspondence to: 200 14th Avenue E, Sartell, MN 56377
- Mail payments to:    Jefferson Capital Systems, LLC
                       Dept #6419
                       PO Box 11407
                       Birmingham, AL 35246-6419



Visit our web site at:
www.MyJCAP.com

Sincerely,
Jefferson Capital Systems, LLC

## Notice of Additional Information:

**Complaints:** If you have a complaint, please write to us at 200 14th Avenue E Dept. C, Sartell, MN 56377 or call us toll-free at 1-888-718-0048, Monday through Friday.