Exhibit B

Type of Offense: Burglary Habitation    Officer: R. Uhdroles #1386
Case Number: SAPD 25027463    Date: 2-10-2025

## SAN ANTONIO POLICE SUBSTATIONS

☐ Central 210-207-7410  ☐ St. Mary's 210-207-1037  ☐ East 210-207-7781  ☐ West 210-207-7420
☐ North 210-207-8126  ☐ South 210-207-8191  ☐ Prue 210-207-7425

Every incident that occurs to a member of our community is important to the San Antonio Police Department. Our goal is to provide the highest degree of customer service in a caring and compassionate manner. Unfortunately, not every case is assigned for future investigation and generally only assigned when additional investigative information is available for follow up investigations. In the event you have further information to provide, need additional information, or wish to speak to a detective about pursuing criminal charges on your case, please contact the indicated follow-up unit below.

**Property Crimes Unit** (circled)
(210) 207-8326

Mental Health Unit
(210) 207- 7837

Municipal Court
(210) 207-7355

☐ Forgery
(210) 207-7451
☐ White Collar Crimes
(210) 207-4481
☐ Auto Theft
(210) 207-7345
☐ Homicide
(210) 207-7635

☐ Robbery
(210) 207-0300
☐ Special Victims
(210) 207-2313
☐ Traffic Investigations
(210) 207-7385
☐ Youth Services/Missing Person
(210) 207-7660

CRT (Crisis Response Team)
☐ Central.......... (210) 207-4013
☐ St. Mary's .... (210) 207-4013
☐ East.............. (210) 207-2062
☐ West............. (210) 207-7916
☐ North............ (210) 207-8129
☐ South............ (210) 207-8701
☐ Prue.............. (210) 207-2201



San Antonio Police Department
Guiding Principles
Integrity – Respect – Compassion - Fairness

For a copy of your report:
http://www.sanantonio.gov/SAPD/Police-Reports-Open-Records
Or call Open Records 210-207-7598
For additional information: https://www.sanantonio.gov/sapd

SAPD FORM CIC-01 Eng

Exhibit B

---

**Yellow card (San Antonio Police Substations):**

Type of Offense: Burglary Hab Tim    Officer: R. Urdiales #1386
Case Number: SAPD2502 7463    Date: 2-10-2025

SAN ANTONIO POLICE SUBSTATIONS

- Property Crimes Unit (210) 207-8026
- Mental Health Unit (210) 207-7837
- Municipal Court (210) 207-7355
- Forgery (210) 207-7451
- White Collar Crimes (210) 207-4481
- Auto Theft (210) 207-7365
- Homicide (210) 207-7635
- Robbery (210) 207-8200
- Special Victims (210) 207-2313
- Traffic Investigations
- Youth Services/Missing Person (210) 207-7660

---

**SAN ANTONIO POLICE DEPARTMENT SUPPLEMENTARY PROPERTY LOSS REPORT**

Case Number: SAPD2502 7463
Patrol District: 13305
Date of Report: 2-10-2025

Offense: Burglary Habit
Location of Offense: 8402 Timber belt
Date(s) of Occurrence: Jan 15, 2024 - Feb 01, 2025
Time of Occurrence: 1200-1200
Reporting Officer: R. Urdiales #1386
Report Received By: ☐ Auto Theft ☐ Robbery ☒ Property Crime ☐ Other Unit
Det. Assigned:

Victim or name and type of business: Henry B Berrocal
Residence Phone: 210-773-1148
Residence Address: 8402 Timber Belt San Antonio TX 78250
Business Phone:
Business Address:

| Qty | Article | Listed? Yes/No/Unk | Brand | Serial Number | Model number | Miscellaneous Description | Current Value |
|---|---|---|---|---|---|---|---|
| 500 | Granite Tile | Yes | | | | Black Granite | 20K |
| 30 | Furniture | No | Samsung and others | | | Beds, Bed frames, sofa, tv desk ect | 30K |
| 4 | TV | No | Samsung, LG & other | | | TVs color Black | 4K |
| 5 | Refrigerators | No | | | aux | Refrigerators | 8K |
| 7 | Mini Split AC | No | | | other | A/C mini unit walls | 7K |
| 25 | Ceiling Lights | No | | | other | Ceiling lights, switches, plugs, cables | 5K |
| | Construction Material | No | | | | Tile pieces, glass, plumbing, sheetrock etc | 20K |
| 10 | Jewelry | No | | | gold and silver | Gold silver chains | 3K |
| | Collection items | No | | | cards | Pokemon, yugioh and other cards | 2K |
| | Construction tools | No | | | drills etc | Drills, saws, and other construction M | 5K |
| | Clothing | No | | | man & | T-shirts, jeans, jackets all clothing | 10K |
| 60 | Yard | No | | | | Multi grass plants, yard tools | 20K |
| 6 | Granite pieces | No | mi/lr grass | | Granite | Granite pieces in the house tops | 15K |
| | Water items | No | | | | water heater, tubes, and house plumbing ite | 5K |
| | House accesories | No | | | | Fans, lights sw., mirrors, smart etc | 15K |
| | House damaged | No | | | | Boxes, cables, fan switches, plugs etc | 15K |
| | Electrical | No | | | | water softener, boilers, cables and others | 10K |
| | Plumbing | No | | | | Tile damage | 10K |
| | Tile | No | | | | ceiling and walls | 10K |
| | Sheetrock | No | | | | many other included | 5K |
| | ord accesories | No | | | | color Black and Blue | 2K |
| | ly items | No | | | Samsung motorola etc | | |
| | cellphones | No | | | | color gray and Black | 5K |
| | mputers | No | | | | | |

Signature of person reporting: Henry B Berrocal
Date: 02/10/25
Relationship:

SAPD Form 2-PCU Rev. (12-04-1