

Exhibit C Cycle of Management

