# Initiate Business Checking℠

March 31, 2025 ■ Page 1 of 8

**WELLS FARGO**

HUMANITYFORWISDOMHEALTHAND
HUMANSERVICES
8402 TIMBER BELT
SAN ANTONIO TX 78250-4476

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

1-800-CALL-WELLS  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

Other Wells Fargo Benefits

This tax season, don't get scammed by an IRS impersonator.

Scammers are impersonating the Internal Revenue Service to steal your identity and convince you to send them money.

Know that the IRS will not:
- Initiate contact with you or request sensitive information by email, text, or social media.
- Demand immediate payment or offer to assist you with receiving a payment.
- Threaten to immediately have you arrested, deported, or revoke your driver's license for not paying.
- Ask you to pay your taxes using a gift or prepaid card, cryptocurrency, or wire transfer.

If you do get an unexpected call from the IRS, hang up right away, and do not provide any additional information, even if the caller already has the last four digits of your Social Security number.

Remember, if you do owe taxes, the IRS will contact you by mail before attempting to call you.

Learn more at wellsfargo.com/spottaxscams

# Initiate Business Checking℠

February 28, 2025 ■ Page 1 of 5



HUMANITYFORWISDOMHEALTHAND
HUMANSERVICES
8402 TIMBER BELT
SAN ANTONIO TX 78250-4476

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711
1-800-CALL-WELLS  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

Other Wells Fargo Benefits

File your taxes early to help prevent identity theft

Early filing helps prevent someone else from filing taxes in your name.
Find other tips at wellsfargo.com/spottaxscams

A new twist on romance scams

Scammers make friends with you on social media, then offer to show you how to invest in crypto.
Watch for: Promises of big returns, help with downloading a crypto app, or requests to wire money.

WELLS
FARGO

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 2/1 | $49.73 |
| Deposits/Credits | 20,860.00 |
| Withdrawals/Debits | - 20,909.73 |
| Closing balance on 2/7 | $0.00 |

### Final Statement for this closed account

Account number: 1056478298 (primary account)

HUMANITYFORWISDOMHEALTHAND
HUMANSERVICES

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

For Wire Transfers use
Routing Number (RTN):

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---:|---:|---:|
| 2/3 | | Withdrawal Made In A Branch/Store | | 40.00 | 9.73 |
| 2/4 | | Interactive Brok ACH Transf 250203 Req :392214173 ACH Transfer Refcode:392214173 Tranno: 13755299 | 10,000.00 | | |
| 2/4 | | Interactive Brok ACH Transf 250203 Req :391752675 ACH Transfer Refcode:391752675 Tranno: 13756622 | 10,000.00 | | 20,009.73 |
| 2/5 | | Zelle From Cindy Berrocal on 02/05 Ref # Baciauouq9x3 | 1.00 | | |
| 2/5 | | Zelle to Robles Cindy on 02/04 Ref #Rp0Yhl3NC2 Car Loan Rekey | | 200.00 | |
| 2/5 | | Withdrawal Made In A Branch/Store | | 3,500.00 | 16,310.73 |
| 2/6 | | Zelle From Cindy Berrocal on 02/05 Ref # Bacekgfkqhnl | 119.00 | | |
| 2/6 | | Zelle From Cindy Berrocal on 02/06 Ref # Bachflddq5Dm | 740.00 | | 17,169.73 |
| 2/7 | | Account Transferred to 000003643300324 | | 17,169.73 | 0.00 |
| **Totals** | | | **$20,860.00** | **$20,909.73** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

This statement includes an account that has been closed and this is your final statement for that account.

If the account that has been closed is the primary account on the statement that includes multiple accounts (a "combined statement"), this is also the final combined statement. Going forward, you will receive separate statements for any accounts that remain open.

You will have 90 days to retrieve historical online documents for this account. Please note: Account documentation will not be available for online viewing if your account has been closed due to the charge off of an overdrawn balance.

Thank you for banking with Wells Fargo.

 IMPORTANT ACCOUNT INFORMATION

**WELLS FARGO**

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 2/7 | $0.00 |
| Deposits/Credits | 17,628.80 |
| Withdrawals/Debits | - 7,651.14 |
| **Ending balance on 2/28** | **$9,977.66** |

Account number: 3643300324 (primary account)

HUMANITYFORWISDOMHEALTHAND
HUMANSERVICES

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ▓▓▓▓▓▓▓

For Wire Transfers use
Routing Number (RTN): ▓▓▓▓▓▓▓

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/7 | | Account Transferred From 000001056478298 | 17,169.73 | | |
| 2/7 | | Withdrawal Made In A Branch/Store | | 2,000.00 | 15,169.73 |
| 2/12 | | ACH Claim# 2025020481534 | 0.01 | | |
| 2/12 | | ACH Claim# 2025020481534 | | 0.01 | 15,169.73 |
| 2/13 | | Purchase authorized on 02/11 Marcos Pizza 5246 San Antonio TX S585043016551108 Card 1064 | | 25.97 | 15,143.76 |
| 2/14 | | Provisional Credit for Claim-Ref #2502040009054 | 9.19 | | |
| 2/14 | | Monthly Service Fee Reversals | 10.00 | | |
| 2/14 | | Monthly Service Fee Reversals | 10.00 | | |
| 2/14 | | Monthly Service Fee Reversals | 10.00 | | |
| 2/14 | | Monthly Service Fee Reversals | 10.00 | | |
| 2/14 | | Monthly Service Fee Reversals | 10.00 | | |
| 2/14 | | Provisional Credit for Claim-Ref #2502040009054 | 18.05 | | |
| 2/14 | | Provisional Credit for Claim-Ref #2502040009054 | 19.79 | | |
| 2/14 | | Provisional Credit for Claim-Ref #2502040009054 | 19.99 | | |
| 2/14 | | Provisional Credit for Claim-Ref #2502040009054 | 20.51 | | |
| 2/14 | | Provisional Credit for Claim-Ref #2502040009054 | 25.00 | | |
| 2/14 | | Provisional Credit for Claim-Ref #2502040009054 | 25.01 | | |
| 2/14 | | Provisional Credit for Claim-Ref #2502040009054 | 108.72 | | |
| 2/14 | | Online Transfer to The Bancorp Bank Chk xxxxxx9856 H. Berrocal Ref #F20Rb4Cm9J on 02/14/25 | | 250.00 | 15,190.02 |
| 2/18 | | Purchase authorized on 02/13 Amazon Mktpl*0N6W7 Amzn.Com/Bill WA S585044506384898 Card 1064 | | 122.81 | |
| 2/18 | | Purchase authorized on 02/13 Amazon Mktpl*Ji5Bk Amzn.Com/Bill WA S305044626296097 Card 1064 | | 19.57 | |
| 2/18 | | Purchase authorized on 02/13 Amazon Mktpl*U4986 Amzn.Com/Bill WA S465044770324801 Card 1064 | | 34.99 | |
| 2/18 | | Purchase authorized on 02/14 Google *League of 855-836-3987 CA S305045405267064 Card 1064 | | 17.64 | |
| 2/18 | | Purchase authorized on 02/15 Autozone 1562 9136 Griss San Antonio TX P585046691490956 Card 1064 | | 57.35 | |
| 2/18 | | Purchase authorized on 02/15 Schlotzskys 2229 O 210-688-2200 TX S585046837097374 Card 1064 | | 17.82 | |
| 2/18 | | Purchase authorized on 02/16 Amazon Mktpl*Fz3Qk Amzn.Com/Bill WA S585047295886303 Card 1064 | | 69.98 | |
| 2/18 | | Purchase authorized on 02/16 Amazon Mktpl*Ls6Tw Amzn.Com/Bill WA S585047295939085 Card 1064 | | 39.99 | |
| 2/18 | | Purchase authorized on 02/16 Amazon Mktpl*7I1Ff Amzn.Com/Bill WA S305047675660108 Card 1064 | | 21.98 | |
| 2/18 | | Purchase authorized on 02/16 Autozone 1562 9136 Griss San Antonio TX P585048102925566 Card 1064 | | 34.09 | |
| 2/18 | | Purchase authorized on 02/18 H-E-B Gas #718 San Antonio TX P585049669264872 Card 1064 | | 5.17 | |
| 2/18 | | Purchase authorized on 02/18 Qt 4016 Outside Leon Valley TX P585049757432033 Card 1064 | | 10.10 | 14,738.53 |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|--------|---------|--------|
| 2/19 | | Purchase Return authorized on 02/18 Amazon Mktplace PM Amzn.Com/Bill WA S385049852705937 Card 1064 | 9.99 | | |
| 2/19 | | Purchase Return authorized on 02/18 Amazon Mktplace PM Amzn.Com/Bill WA S305049858593397 Card 1064 | 39.99 | | |
| 2/19 | | Purchase Return authorized on 02/18 Amazon Mktplace PM Amzn.Com/Bill WA S465050034111894 Card 1064 | 9.99 | | |
| 2/19 | | Purchase authorized on 02/14 Amzn Mktp US*U11ND Amzn.Com/Bill WA S305045641868480 Card 1064 | | 145.32 | |
| 2/19 | | Purchase authorized on 02/18 Amazon Mktpl*Zf2Rz Amzn.Com/Bill WA S385049558454132 Card 1064 | | 269.45 | |
| 2/19 | | Purchase authorized on 02/18 Amazon Mktpl*x25Yq Amzn.Com/Bill WA S385049558467701 Card 1064 | | 38.25 | |
| 2/19 | | Purchase authorized on 02/19 H-E-B Gas/Carwash #235 San Antonio TX P385050852510080 Card 1064 | | 10.48 | |
| 2/19 | | Purchase authorized on 02/19 H-E-B #235 San Antonio TX P305051013660582 Card 1064 | | 53.50 | 14,281.50 |
| 2/20 | | Purchase authorized on 02/17 Amazon Mktpl*IL6Ax Amzn.Com/Bill WA S385048834429471 Card 1064 | | 28.77 | |
| 2/20 | | Purchase authorized on 02/19 Pizzapatron Order.Pizzapa TX S585051009485852 Card 1064 | | 28.50 | 14,224.23 |
| 2/21 | | Purchase authorized on 02/20 Dollar Tr 9179 Grissom San Antonio TX P000000535367168 Card 1064 | | 32.48 | |
| 2/21 | | Purchase authorized on 02/21 H-E-B Gas #718 San Antonio TX P465052635755953 Card 1064 | | 10.56 | |
| 2/21 | | Purchase authorized on 02/21 H-E-B #718 San Antonio TX P385052641482137 Card 1064 | | 42.37 | 14,138.82 |
| 2/24 | | Zelle to Gonzalez Argelio on 02/24 Ref #Rp0Ykf8Qkz Pending 5K Including Vynil and and Deck | | 1,000.00 | 13,138.82 |
| 2/25 | | Recurring Payment authorized on 02/24 Tmobile*Auto Pay 800-937-8997 WA S585055645099654 Card 1064 | | 252.41 | 12,886.41 |
| 2/26 | | Purchase authorized on 02/24 Amazon Mktpl*Ve2B7 Amzn.Com/Bill WA S585055764054561 Card 1064 | | 141.87 | |
| 2/26 | | Purchase authorized on 02/25 Amazon Mktpl*4P8Vd Amzn.Com/Bill WA S465056771022902 Card 1064 | | 40.01 | |
| 2/26 | | Money Transfer authorized on 02/25 Cash App*Andrea St Oakland CA S385057064392772 Card 1064 | | 50.00 | |
| 2/26 | | Purchase authorized on 02/26 Lowe's #2898 San Antonio TX P385057825007733 Card 1064 | | 2,000.00 | |
| 2/26 | | Zelle to Gonzalez Argelio on 02/26 Ref #Rp0Ykmyly8 Missing 4500 | | 500.00 | 10,154.53 |
| 2/27 | | Purchase authorized on 02/16 Amazon Mktpl*Pu6Mq Amzn.Com/Bill WA S615058483573352 Card 1064 | | 138.99 | |
| 2/27 | | Purchase authorized on 02/25 Amazon Mktpl*Gc4RC Amzn.Com/Bill WA S585056670530420 Card 1064 | | 110.50 | 9,905.04 |
| 2/28 | | Purchase Return authorized on 02/27 Amazon Mktplace PM Amzn.Com/Bill WA S385058854306247 Card 1064 | 20.99 | | |
| 2/28 | | Purchase Return authorized on 02/27 Amazon Mktplace PM Amzn.Com/Bill WA S465059026358160 Card 1064 | 9.99 | | |
| 2/28 | | Purchase Return authorized on 02/27 Amazon Mktplace PM Amzn.Com/Bill WA S465059068307120 Card 1064 | 11.95 | | |
| 2/28 | | Purchase Return authorized on 02/27 Amazon Mktplace PM Amzn.Com/Bill WA S585059143362709 Card 1064 | 59.90 | | |
| 2/28 | | Purchase authorized on 02/26 Qt 4024 Outside San Antonio TX S305057726608363 Card 1064 | | 30.21 | 9,977.66 |
| Totals | | | $17,628.80 | $7,651.14 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*



## Statement period activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $9,977.66 |
| Deposits/Credits | 44,979.53 |
| Withdrawals/Debits | - 44,295.55 |
| **Ending balance on 3/31** | **$10,661.64** |

Account number: 3643300324 (primary account)

HUMANITYFORWISDOMHEALTHAND
HUMANSERVICES

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ⬛⬛⬛⬛⬛

For Wire Transfers use
Routing Number (RTN): ⬛⬛⬛⬛⬛

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/3 | | Purchase authorized on 02/28 Floor and Decor 23 San Antonio TX S465059578843114 Card 1064 | | 408.74 | |
| 3/3 | | Purchase authorized on 03/01 Google *League of G.CO/Helppay# CA S385060680619128 Card 1064 | | 21.64 | |
| 3/3 | | Money Transfer authorized on 03/01 Cash App*Crypto Oakland CA S305060861028317 Card 1064 | | 20.00 | |
| 3/3 | | Money Transfer authorized on 03/02 Cash App*Crypto Oakland CA S585062107364984 Card 1064 | | 440.00 | |
| 3/3 | | Money Transfer authorized on 03/02 Cash App*Crypto Oakland CA S305062194627390 Card 1064 | | 200.00 | 8,887.28 |
| 3/4 | | Zelle to Gonzalez Argelio on 03/04 Ref #Rp0Yl8Srpb Missing 3980 | | 20.00 | 8,867.28 |
| 3/5 | | Purchase authorized on 02/27 Amazon Mktpl*Yt4S1 Amzn.Com/Bill WA S465059236611380 Card 1064 | | 219.96 | |
| 3/5 | | Purchase authorized on 03/02 Amazon Mktpl*8R36P Amzn.Com/Bill WA S305062152812470 Card 1064 | | 78.68 | |
| 3/5 | | Purchase authorized on 03/04 Web*Hostgator.Com Hostgator.Com MA S305063743169913 Card 1064 | | 13.17 | |
| 3/5 | | Purchase authorized on 03/04 Web*Hostgator.Com Hostgator.Com MA S465063751074418 Card 1064 | | 188.54 | 8,366.93 |
| 3/6 | | Purchase authorized on 03/05 Cash App*Brandi Fo Cash.App CA S305065139958545 Card 1064 | | 5.00 | 8,361.93 |
| 3/7 | | Purchase Return authorized on 03/06 Amazon Mktplace PM Amzn.Com/Bill WA S385065424308236 Card 1064 | 26.69 | | 8,388.62 |
| 3/10 | | Purchase authorized on 03/07 Paddle.Net* Rendrf NEW York NY S305066443427771 Card 1064 | | 246.24 | |
| 3/10 | | Zelle to Gonzalez Argelio on 03/09 Ref #Rp0Yl8655 3200 | | 780.00 | |
| 3/10 | | Purchase authorized on 03/10 Lowe's #1504 San Antonio TX P385069512211083 Card 1064 | | 1,300.00 | |
| 3/10 | | Purchase authorized on 03/10 H-E-B #235 San Antonio TX P385069633923399 Card 1064 | | 204.39 | |
| 3/10 | | Purchase authorized on 03/10 T-Mobile 6075 NW Loop 410 San Antonio TX P305069713418751 Card 1064 | | 32.48 | |
| 3/10 | | Purchase authorized on 03/10 T-Mobile 6075 NW Loop 410 San Antonio TX P305069716229828 Card 1064 | | 21.65 | |
| 3/10 | | Purchase authorized on 03/10 T-Mobile 6075 NW Loop 410 San Antonio TX P305069726973557 Card 1064 | | 82.77 | |
| 3/10 | | Purchase authorized on 03/10 T-Mobile 6075 NW Loop 410 San Antonio TX P385069739272764 Card 1064 | | 179.77 | 5,541.32 |
| 3/11 | | Interactive Brok ACH Transf 250310 Req :401937034 ACH Transfer Refcode:401937034 Tranno: 14060014 | 9,000.00 | | 14,541.32 |
| 3/12 | | Purchase Return authorized on 03/11 Paddle.Net* Rendrf NEW York NY S305066443427771 Card 1064 | 246.24 | | |
| 3/12 | | Money Transfer authorized on 03/11 Cash App*Crypto Oakland CA S385070573218828 Card 1064 | | 300.00 | |

March 31, 2025 ■ Page 3 of 8

**WELLS FARGO**

### Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|--------------------|---------------------|
| 3/12 | | Purchase authorized on 03/11 Paddle.Net* Rendrf NEW York NY S305070707841750 Card 1064 | | 90.72 | 14,396.84 |
| 3/13 | | Purchase authorized on 03/12 Cash App*John Stor Cash.App CA S305072133828610 Card 1064 | | 5.00 | 14,391.84 |
| 3/14 | | Purchase authorized on 03/11 Amazon Mktpl*9O7Ox Amzn.Com/Bill WA S305070261605139 Card 1064 | | 460.30 | |
| 3/14 | | Purchase authorized on 03/14 H-E-B Gas/Carwash #235 San Antonio TX P465073671017769 Card 1064 | | 10.41 | |
| 3/14 | | Cash eWithdrawal IN Branch 03/14/2025 14:05 PM 4524 Fredericksburg Rd San Antonio TX 1064 | | 3.00 | |
| 3/14 | | Purchase authorized on 03/14 Circle K #2742289 San Antonio TX P385073832391392 Card 1064 | | 20.11 | 13,898.02 |
| 3/17 | | Recurring Payment authorized on 03/14 B2B Prime*251764x4 Amzn.Com/Bill WA S585074085712299 Card 1064 | | 129.00 | |
| 3/17 | | Purchase authorized on 03/14 Amazon.Com*F19Vv05 Amzn.Com/Bill WA S465074089010929 Card 1064 | | 99.99 | |
| 3/17 | | Zelle to RK Auto Sales on 03/15 Ref #Rp0Ymcziwx Car Purchase Nissan | | 7,150.00 | |
| 3/17 | | Purchase authorized on 03/15 Qt 4024 Outside San Antonio TX P385074721282892 Card 1064 | | 15.12 | |
| 3/17 | | Zelle to Salermo Erick on 03/15 Ref #Rp0Ymfnhvc Trailer Payment | | 1,000.00 | |
| 3/17 | | Purchase authorized on 03/16 Abclegal Abclegal.Com WA S465075666587506 Card 1064 | | 225.00 | |
| 3/17 | | Purchase authorized on 03/16 Dollar Tr 9179 Grissom San Antonio TX P000000574021020 Card 1064 | | 59.54 | |
| 3/17 | | Purchase authorized on 03/16 Marshalls 5347 W Loop San Antonio TX P000000681876006 Card 1064 | | 20.55 | |
| 3/17 | | Money Transfer authorized on 03/16 Cash App*Andrea St Oakland CA S385076219337834 Card 1064 | | 80.00 | 5,118.82 |
| 3/18 | | Purchase authorized on 03/16 Amazon Mktpl*6O2Cj Amzn.Com/Bill WA S385075855689781 Card 1064 | | 37.83 | |
| 3/18 | 2006 | Check | | 405.00 | 4,675.99 |
| 3/19 | | Money Transfer authorized on 03/18 Cash App*Berrocal Oakland CA S385077667657214 Card 1064 | | 20.00 | 4,655.99 |
| 3/20 | | Purchase authorized on 03/17 Amazon Mktpl*672Hz Amzn.Com/Bill WA S385076465105520 Card 1064 | | 125.82 | |
| 3/20 | | Purchase authorized on 03/17 Amazon Mktpl*Cu1Bh Amzn.Com/Bill WA S385076651407111 Card 1064 | | 8.99 | |
| 3/20 | | Purchase authorized on 03/18 Marcos Pizza 5246 San Antonio TX S585077850510943 Card 1064 | | 27.05 | 4,494.13 |
| 3/21 | | Purchase Return authorized on 03/19 Web*Hostgator.Com Hostgator.Com MA S465063751074418 Card 1064 | 161.30 | | |
| 3/21 | | Interactive Brok ACH Transf 250320 Req :404526283 ACH Transfer Refcode:404526283 Tranno: 14152298 | 10,000.00 | | |
| 3/21 | | Purchase authorized on 03/19 Amazon.Com*8x0Zy6R Amzn.Com/Bill WA S585079106874774 Card 1064 | | 85.94 | |
| 3/21 | | Purchase authorized on 03/20 Wells Fargo Bank D 800-869-3557 SD S465079577416987 Card 1064 | | 100.00 | |
| 3/21 | | Purchase authorized on 03/20 Amazon Mktpl*G33MS Amzn.Com/Bill WA S385079595669327 Card 1064 | | 36.99 | |
| 3/21 | | Purchase authorized on 03/20 Pizza Patron 0168 San Antonio TX S585080065404252 Card 1064 | | 28.39 | |
| 3/21 | | Zelle to Salermo Erick on 03/21 Ref #Rp0Ymxq2Z4 Construction Material | | 400.00 | |
| 3/21 | | Zelle to F Rafa on 03/21 Ref #Rp0Ymyy3D7 Pago DE Osmani Maana Te Doy El Resto | | 700.00 | 13,304.11 |
| 3/24 | | Purchase Return authorized on 03/22 Amazon Mktplace PM Amzn.Com/Bill WA S385081734867905 Card 1064 | 20.06 | | |
| 3/24 | | Purchase Return authorized on 03/22 Amazon Mktplace PM Amzn.Com/Bill WA S585081815115626 Card 1064 | 38.25 | | |
| 3/24 | | Purchase authorized on 03/20 Amazon Mktpl*F565Q Amzn.Com/Bill WA S385079662549593 Card 1064 | | 29.59 | |

WELLS
FARGO

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/24 | | Purchase authorized on 03/20 Amazon Mktpl*Nk06L Amzn.Com/Bill WA S46507983454104B Card 1064 | | 25.03 | |
| 3/24 | | Purchase authorized on 03/22 Dollar Tr 9179 Grissom San Antonio TX P000000974021344 Card 1064 | | 9.37 | |
| 3/24 | | ATM Withdrawal authorized on 03/22 9258 Culebra Rd San Antonio TX 0000894 ATM ID 16B9W Card 1064 | | 400.00 | |
| 3/24 | | Zelle to Rk Auto Sales on 03/24 Ref #Rp0Yn7Rzhy Purchase of 2500 Hd 7K for Chevy Chevrolet 2,500 | | 12,000.00 | 898.43 |
| 3/25 | | Interactive Brok ACH Transf 250324 Req :405279824 ACH Transfer Refcode:405279824 Tranno: 14177369 | 10,000.00 | | |
| 3/25 | | Interactive Brok ACH Transf 250324 Req :404932452 ACH Transfer Refcode:404932452 Tranno: 14172000 | 15,000.00 | | |
| 3/25 | | Recurring Payment authorized on 03/24 Tmobile*Auto Pay 800-937-8997 WA S385083631968984 Card 1064 | | 232.41 | |
| 3/25 | | Purchase authorized on 03/25 Lowe's #1504 San Antonio TX P585084596429854 Card 1064 | | 2,000.00 | 23,666.02 |
| 3/26 | | Purchase authorized on 03/25 Paddle.Net* Rendrf NEW York NY S305084381273596 Card 1064 | | 123.12 | |
| 3/26 | | Money Transfer authorized on 03/25 Cash App*Berrocal Oakland CA S385084486209672 Card 1064 | | 10.00 | |
| 3/26 | | Purchase authorized on 03/25 Cash App*John Glen Cash.App CA S385084846956448 Card 1064 | | 50.00 | |
| 3/26 | | Purchase authorized on 03/26 Qt 4024 Outside San Antonio TX P385085715026223 Card 1064 | | 20.21 | |
| 3/26 | | Zelle to Gonzalez Argelio on 03/26 Ref #Rp0Yndyll2 Loan | | 200.00 | |
| 3/26 | | Zelle to Rk Auto Sales on 03/26 Ref #Rp0Ynflwns | | 8,950.00 | |
| 3/26 | | Purchase authorized on 03/26 Circle K # 41002 San Antonio TX P385086019793924 Card 1064 | | 30.00 | 14,282.69 |
| 3/27 | | Zelle to Gonzalez Argelio on 03/27 Ref #Rp0Ynhqypt Loan | | 500.00 | |
| 3/27 | | Zelle to Talamantes Mario on 03/27 Ref #Rp0Ynhr4Bw Renta DE Osmani | | 500.00 | 13,282.69 |
| 3/28 | | Purchase authorized on 03/27 Amazon Mktpl*8K0Qn Amzn.Com/Bill WA S305087012435894 Card 1064 | | 20.52 | 13,262.17 |
| 3/31 | | Purchase Return authorized on 03/29 Amazon Mktplace PM Amzn.Com/Bill WA S585088305202965 Card 1064 | 36.99 | | |
| 3/31 | | Zelle From Erick Salerno on 03/29 Ref # Jpm99B2Zcxth Trash | 450.00 | | |
| 3/31 | | Purchase authorized on 03/27 LA Michoacana San San Antonio TX S585086651405278 Card 1064 | | 18.37 | |
| 3/31 | | Purchase authorized on 03/27 LA Michoacana San San Antonio TX S385086653047596 Card 1064 | | 10.56 | |
| 3/31 | | Purchase authorized on 03/28 Ebay O*19-12874-30 San Jose CA S30508753896464 Card 1064 | | 51.63 | |
| 3/31 | | Purchase authorized on 03/29 Qt 4016 Outside Leon Valley TX P585088658114438 Card 1064 | | 30.18 | |
| 3/31 | | Money Transfer authorized on 03/29 Cash App*Berrocal Oakland CA S58508867152426 Card 1064 | | 70.00 | |
| 3/31 | | Purchase authorized on 03/29 Amazon Mktpl*Zd0M1 Amzn.Com/Bill WA S385088836779604 Card 1064 | | 288.95 | |
| 3/31 | | Purchase authorized on 03/30 Fixd Automotive IN 925-854-1766 GA S305089417801662 Card 1064 | | 72.48 | |
| 3/31 | | Money Transfer authorized on 03/30 Cash App*Berrocal Oakland CA S385089622868394 Card 1064 | | 50.00 | |
| 3/31 | | Purchase authorized on 03/30 Dollar Tr 9179 Grissom San Antonio TX P000000281035025 Card 1064 | | 17.38 | |
| 3/31 | | Purchase authorized on 03/30 H-E-B Gas/Carwash #235 San Antonio TX P305089655986195 Card 1064 | | 30.29 | |

WELLS
FARGO

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|---------------------|
| 3/31 | | Purchase authorized on 03/30 Marshalls 5347 W Loop San Antonio TX P000000172145546 Card 1064 | | 108.21 | |
| 3/31 | | Purchase authorized on 03/30 H-E-B #235 San Antonio TX P585090079634090 Card 1064 | | 59.47 | |
| 3/31 | | Money Transfer authorized on 03/30 Cash App*Berrocal Oakland CA S385090157851204 Card 1064 | | 10.00 | |
| 3/31 | | Zelle to Gonzalez Argello on 03/31 Ref #Rp0Ynvtqxz Loan | | 270.00 | |
| 3/31 | | Purchase authorized on 03/31 Lowe's #1504 San Antonio TX P305090530098649 Card 1064 | | 2,000.00 | 10,661.64 |
| Totals | | | $44,979.53 | $44,295.55 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|--------|------|--------|
| 2006 | 3/18 | 405.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2025 - 03/31/2025 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
| • Average ledger balance | $1,000.00 | $10,697.00 |
| • Minimum daily balance | $500.00 | $898.43 |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 15 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

 IMPORTANT ACCOUNT INFORMATION

Effective June 4, 2025, we are updating the following sections of the "Availability of Funds Policy" in our Deposit Account Agreement: