Generated: Apr 24, 2025 2:34PM

Page 1/1



# U.S. District Court

## Texas Western - San Antonio

Receipt Date: Apr 24, 2025 2:34PM

Henry B. Berrocal
8402 Timber Belt
San Antonio, TX 78250

Rcpt. No: 7471          Trans. Date: Apr 24, 2025 2:34PM          Cashier ID: #TT (6587)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #2008 | 04/24/2025 | | $405.00 |
| | | | | Total Due Prior to Payment: | $405.00 |
| | | | | Total Tendered: | $405.00 |

**Comments:** Case No. 5:25-cv-00453, Berrocal v. Nissan Motors, et al

Clerk, US District Court - San Antonio Division - 262 W Nueva, Ste 1-400, San Antonio, TX 78207 (210) 472-6550 - www.txwd.uscourts.gov

# SA25CA0453 JKP   MJ-RBF